# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON UNIVERSITY,

    *Plaintiff,*

vs.                                                     Civil Action No. 1:13-cv-10659

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG LED CO., LTD.,
SAMSUNG ELECTRO-MECHANICS CO., LTD.,
SAMSUNG ELECTRO-MECHANICS AMERICA, INC.
and SAMSUNG LED AMERICA, INC.

    *Defendants.*

### ASSENTED-TO MOTION FOR EXTENSION OF DEADLINE FOR DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRO-MECHANICS AMERICA, INC., AND SAMSUNG LED AMERICA, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Trustees of Boston University ("Plaintiff") files this Assented-to Motion for Extension of Deadline for Defendants Samsung Electronics America, Inc. ("SEA"), Samsung Electro-Mechanics America, Inc. ("SEMA"), and Samsung LED America, Inc. ("SLED America") to Answer or Otherwise Respond to Plaintiff's First Amended Complaint (Dkt. No. 7).

    1.    Defendant SLED America was served with a summons and complaint in this action on April 4, 2013 (Dkt. No. 8).

    2.    Defendant SEMA was served with a summons and complaint in this action on April 8, 2013 (Dkt. No. 11).

    3.    Defendant SEA was served with a summons and complaint in this action on April 4, 2013 (Dkt. No 12).

    4.    Pursuant to Federal Rule of Civil Procedure 4(d), requests for waiver of service of summons were sent on April 24, 2013 to Defendants Samsung Electronics Co., Ltd, Samsung

1

LED Co., Ltd, and Samsung Electro-Mechanics Co., Ltd., all of which are located in Korea. These defendants executed Waivers of the Service of Summons under Federal Rule of Civil Procedure 4(d) on April 24, 2013 (Dkt. Nos. 13-15). As a result, Defendants Samsung Electronics Co., Ltd, Samsung LED Co., Ltd, and Samsung Electro-Mechanics Co., Ltd must answer or otherwise respond to Plaintiff's First Amended Complaint on or before July 23, 2013.

5. To promote uniformity between the answer dates of the various defendants, Plaintiff requests that Defendants SEA, SLED America, and SEMA shall have until July 23, 2013 to answer or otherwise respond to Plaintiff's First Amended Complaint.

6. Defendants SEA, SLED America, and SEMA assent to this motion.

7. This is the first request for an extension of any deadline to answer or otherwise respond to Plaintiff's complaints in this action.

8. As a result, Plaintiff requests that Defendants SEA, SLED America, and SEMA shall have until July 23, 2013 to answer or otherwise respond to Plaintiff's First Amended Complaint.

Dated: April 24, 2013

TRUSTEES OF BOSTON UNIVERSITY

By its attorneys,

*/s/ Ilan Barzilay*
Ilan N. Barzilay (BBO #643978)
ibarzilay@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

*Of Counsel*

Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Eve Henson (Texas 00791462)
ehenson@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
SHORE CHAN BRAGALONE DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel for Plaintiff consulted with Jeffrey Lerner, Esq. who indicated that he represents defendants SEA, SLED America, and SEMA and that SEA, SLED America, and SEMA consent to the requested extension.

*/s/ Ilan N. Barzilay*
Ilan N. Barzilay

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Ilan N. Barzilay*
                                              Ilan N. Barzilay