**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>      Plaintiff,<br><br>vs.<br><br>EVERLIGHT ELECTRONICS CO., LTD. ET AL.,<br><br>      Defendants | C.A. No. 12-cv-11935-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>      Plaintiff,<br><br>vs.<br><br>SEOUL SEMICONDUCTOR, LTD.  ET AL.,<br><br>      Defendants | C.A. No. 12-cv-11938-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>      Plaintiff,<br><br>vs.<br><br>EPISTAR CORPORATION,<br><br>      Defendant | C.A. No. 12-cv-12326-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>      Plaintiff,<br><br>vs.<br><br>LITE-ON, INC., ET AL.,<br><br>      Defendants | C.A. No. 12-cv-12330-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>      Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.,<br><br>      Defendants | C.A. No. 13-cv-10659-PBS |

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>     Plaintiff,<br><br>vs.<br><br>ARROW ELECTRONICS, INC., ET AL.,<br><br>     Defendants | C.A. No. 13-cv-11105-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>     Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>     Defendant | C.A. No. 13-cv-11097-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>     Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>     Defendant | C.A. No. 13-cv-11575-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>     Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>     Defendant | C.A. No. 13-cv-11832-PBS |

## **JOINT STATUS REPORT**

In advance of the status conference scheduled for 2:00 p.m., December 16, 2013, and pursuant to ¶ 8 of the Court's October 30, 2013, Amended Scheduling Order, all parties represented by counsel in this action submit this Joint Status Report.

2

## Issues to Be Discussed

1. **Pending Motions**

    a. Boston University's Third Motion to Modify Scheduling Order and the pending deadline to amend preliminary infringement, invalidity, and non-infringement contentions (hearing scheduled for December 16, 2013).

    b. Boston University's Motion to Disqualify Dr. Redwing and related issues (hearing scheduled for February 13, 2014).

    c. Boston University's Motion for Leave to File a Fourth Amended Complaint Against the Seoul Semiconductor Defendants (hearing scheduled for December 16, 2013).

    d. Epistar Defendants' Motion to Compel Production of Claim Construction Materials (hearing scheduled for December 16, 2013).

    e. Boston University's Motion for Leave to File Reply in Support of Objection to Order Sustaining Seoul Optodevice's Motion to Dismiss (not fully briefed).

    f. Boston University's Rule 502 Motion to Compel (Epistar) (hearing scheduled for January 13, 2014).

    g. Boston University's Motion to Compel Epistar to Produce Infringement Discovery and related motions to be filed (not fully briefed).

2. **The status of discovery.**

3. **Claim construction scheduling.**

    a. The parties wish to discuss the submission of deposition excerpts of claim construction experts after claim construction briefing. Late submissions are necessary as a result of deposition scheduling for the parties' experts during the Winter Holidays.

Dated: December 9, 2013

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY
By its attorneys,

*/s/ Andrew M. Howard*
Erik Paul Belt, BBO # 558620
EBelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile:  (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Russell J. DePalma (Texas 00795318)
rdepalma@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
Shore Chan DePumpo LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone:     (214) 593-9110
Facsimile:     (214) 593-9111

4

Dated: December 9, 2013

Respectfully submitted,

EVERLIGHT ELECTRONICS CO., LTD.
AND EVERLIGHT AMERICAS, INC.

EPISTAR CORPORATION

LITE-ON, INC., LITE-ON SERVICE USA,
INC., LITE-ON TRADING USA, INC.,
AND LITE-ON TECHNOLOGY CORP.

E. Robert Yoches (*pro hac vice*)
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:      202-408-4000
Facsimile:      202-408-4400
E-mail: bob.yoches@finnegan.com

Ming-Tao Yang (*pro hac vice*)
Finnegan, Henderson, Farabow,
 Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:      650-849-6600
Facsimile:      650-849-6666
E-mail: ming.yang@finnegan.com

*/s/ by Permission*
Christopher S. Schultz (BBO No. 630814)
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
Two Seaport Lane
Boston, MA 02210-2001
Telephone:      617-646-1600
Facsimile:      617-646-1666
E-mail: christopher.schultz@finnegan.com

SEOUL SEMICONDUCTOR CO., LTD. and
SEOUL SEMICONDUCTOR, INC.

*/s/ by Permission*
Scott P. Lopez, BBO # 549556
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Tel.: (617) 439-4990
Fax: (617) 439-3987
splopez@lawson-weitzen.com

Vito J. DeBari (*pro hac vice*)
Jonathan S. Caplan (*pro hac vice*)
Aaron M. Frankel (*pro hac vice*)
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036
vdebari@kramerlevin.com
jcaplan@kramerlevin.com
afrankel@kramerlevin.com
Tel.: 212- 715-9100
Fax: 212-715-8000

Jennifer L. Jonak (*pro hac vice*)
JONAK PUGH
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
jenny@jonak.com
Tel:    510-501-6276
Fax:    510-201-2010

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC.,
SAMSUNG LED CO., LTD.,
SAMSUNG ELECTRO-MECHANICS
CO., LTD.,
SAMSUNG ELECTRO-MECHANICS
AMERICA, INC., and
SAMSUNG LED AMERICA, INC.

Robert T. Haslam (*pro hac vice*)
Kurt G. Calia (*pro hac vice*)
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel:  (650) 632-4700
Fax:  (650) 632-4800
rhaslam@cov.com
kcalia@cov.com

Jeffrey H. Lerner (*pro hac vice*)
David A. Garr (*pro hac vice*)
Chad P. Albert (*pro hac vice*)
Covington & Burling LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004
Tel:  (202) 662-6000
Fax:  (202) 662-6291
jlerner@cov.com
dgarr@cov.com
calbert@cov.com

*/s/ by Permission*
Daniel P. Tighe, BBO # 556583
Adam R. Doherty, BBO # 669499
Prince Lobel Tye, LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Tel:  (617) 456-8000
Fax:  (617) 456-8100
dtighe@princelobel.com
adoherty@princelobel.com

7

NU HORIZONS ELECTRONICS LLC,
ARROW ELECTRONICS, INC.,
COMPONENTSMAX, INC., and
NRC ELECTRONICS, INC.

Robert T. Haslam *(pro hac vice)*
Kurt G. Calia *(pro hac vice)*
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel:  (650) 632-4700
Fax:  (650) 632-4800
rhaslam@cov.com
kcalia@cov.com
*Representing ComponentsMAX and NRC*

Jeffrey H. Lerner *(pro hac vice)*
David A. Garr *(pro hac vice)*
Chad P. Albert *(pro hac vice)*
Covington & Burling LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004
Tel:  (202) 662-6000
Fax:  (202) 662-6291
jlerner@cov.com
dgarr@cov.com
calbert@cov.com
*Representing ComponentsMAX and NRC*

John R. Posthumus *(pro hac vice)*
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
jposthumus@sheridanross.com
Tel.: 303-863-9700
Fax: 303-863-0223
*Representing Arrow and Nu Horizons*

*/s/ by Permission*
Daniel P. Tighe, BBO # 556583
Adam R. Doherty, BBO # 669499
Prince Lobel Tye, LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Tel:  (617) 456-8000
Fax:  (617) 456-8100
dtighe@princelobel.com
adoherty@princelobel.com

AMAZON.COM, INC.

*/s/ by Permission*
Indranil Mukerji (BBO #644059)
FISH & RICHARDSON P.C.
1425 K St. NW, 11th Floor
Washington, DC 20005
Phone: 202-783-5070
Fax: 202-783-2331
mukerji@fr.com

Kurt Glitzenstein (BBO # 565312)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Phone:  617-542-5070
Fax:  617-542-8906
glitzenstein@fr.com

Robert Courtney (*pro hac vice*)
Phillip Goter (*pro hac vice*)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth St.
Minneapolis, MN 55402
Phone: 612-335-5070
Fax: 612-288-9696
courtney@fr.com
goter@fr.com

APPLE INC.

*/s/ by Permission*
Nicholas G. Papastavros, BBO # 635742
Maya P. Choksi, BBO # 679861
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile:  617.406.6119
nick.papastavros@dlapiper.com
maya.choksi@dlapiper.com

Mark D. Fowler (*pro hac vice*)
Summer Krause (*pro hac vice*)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2215
Telephone:    650.833.2000
Facsimile:     650.833.2001
mark.fowler@dlapiper.com
summer.krause@dlapiper.com

Gerald T. Sekimura (*pro hac vice*)
Stephanie Wang (*pro hac vice*)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105
Telephone:    415.836.2500
Facsimile:     415.836.2501
gerald.sekimura@dlapiper.com
stephanie.wang@dlapiper.com

HEWLETT-PACKARD COMPANY


*/s/ by Permission*
Nicholas G. Papastavros
BBO # 635742
Maya P. Choksi
BBO # 679861
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Phone: 617.406.6000
Fax: 617.406.6119
nick.papastavros@dlapiper.com
maya.choksi@dlapiper.com

Sean C. Cunningham (*pro hac vice*)
Erin P. Gibson (*pro hac vice*)
David R. Knudson (*pro hac vice*)
**DLA Piper LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: 619.699.2700
Fax: 619.699.2701
sean.cunningham@dlapiper.com
erin.gibson@dlapiper.com
david.knudson@dlapiper.com

11