IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRUSTEES OF BOSTON UNIVERSITY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:13-cv-10659 |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| SAMSUNG LED CO., LTD., | ) | |
| SAMSUNG LED AMERICA, INC., | ) | |
| SAMSUNG ELECTRO-MECHANICS CO., LTD., | ) | |
| And SAMSUNG ELECTRO-MECHANICS AMERICA, INC., | ) | |
| *Defendants.* | ) | |

**JOINT MOTION TO DISMISS**

Plaintiff Trustees of Boston University ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung LED Co., Ltd., Samsung LED America, Inc., Samsung Electro-Mechanics Co., Ltd., and Samsung Electro-Mechanics America, Inc., (collectively "Defendants") have settled Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to Dismiss Plaintiff's claims for relief against Defendants, and Defendants' counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

1

| | |
|---|---|
| Dated:   January 16, 2014 | Respectfully submitted, |
| | TRUSTEES OF BOSTON UNIVERSITY |

*/s/ Michael W. Shore*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile:  (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Russell J. DePalma (Texas 00795318)
rdepalma@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

SAMSUNG ELECTRO-MECHANICS CO., LTD.,
SAMSUNG ELECTRO-MECHANICS AMERICA, INC.
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG LED CO., LTD., and
SAMSUNG LED AMERICA, INC.

*/s/ Jeffrey H. Lerner*
Daniel P. Tighe (BBO 556583)
(dtighe@princelobel.com)
Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
(617) 456-8000

Robert T. Haslam (rhaslam@cov.com), *pro hac*
Kurt G. Kalia (kcalia@cov.com), *pro hac*
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700

Jeffrey H. Lerner (jlerner@cov.com), *pro hac*
David A. Garr (dgarr@cov.com), *pro hac*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000

Chang Sik Kim (cskim@cov.com), *pro hac*
COVINGTON & BURLING LLP
22nd Floor, Meritz Tower, *pro hac*
825-2, Yeoksam-dong
Gangnam-gu, Seoul, 135-934
Telephone: 82.2.6281.0003